**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of Wyoming
_____ (State)

Case number (*If known*): Unknown _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | Strata Energy Services Inc. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ – _____<br>☒ Other  2010525182 .  Describe identifier  Alberta Corporation Number .<br>**For individual debtors:**<br>☐ Social Security number: XXX - XX– _____<br>☐ Individual Taxpayer Identification number (ITIN): 9 XX - XX - _____<br>☐ Other _____ . Describe identifier _____ . |
| 3. | **Name of foreign representative(s)** | The Fuller Landau Group Inc. |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | In re Strata Energy Services Inc. and Strata Services International Inc., Court of Queen's Bench of Alberta, Judicial Centre of Calgary, File No. 1501-12233 |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☒ Yes |

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Strata Energy Services Inc.  Case number (*if known*) Unknown
       Name

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Canada

   **Debtor's registered office:**

   27312-245    TWP Rd 394
   Number       Street

   _____
   P.O. Box

   Blackfalds    Alberta    T0M 0J0
   City          State/Province/Region   ZIP/Postal Code

   Canada
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   151    Bloor Street West
   Number    Street

   12th Floor
   P.O. Box

   Toronto    Ontario    M5S1S4
   City       State/Province/Region    ZIP/Postal Code

   Canada
   Country

10. **Debtor's website** (URL)    www.strataenergy.net

11. **Type of debtor**

    *Check one:*

    ☐ Non-individual (*check one*):

    ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

    ☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  **Strata Energy Services Inc.**  Case number (*if known*) **Unknown**
        Name

| | |
|---|---|
| 12. Why is venue proper in *this district*? | Check one:<br>☒ Debtor's principal place of business or principal assets in the United States are in this district.<br>☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.<br>☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____. |
| 13. Signature of foreign representative(s) | I request relief in accordance with chapter 15 of title 11, United States Code.<br><br>I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct,<br><br>✗ _[signature]_  Ken Pearl, on behalf of The Fuller Landau Group Inc.<br>Signature of foreign representative    Printed name<br><br>Executed on 12/14/2015<br>         MM / DD / YYYY<br><br>✗ _____  _____<br>Signature of foreign representative    Printed name<br><br>Executed on _____<br>         MM / DD / YYYY |
| 14. Signature of attorney | ✗ /s/ Gregory C. Dyekman    Date 12/14/2015<br>Signature of Attorney for foreign representative   MM / DD / YYYY<br><br>Gregory C. Dyekman<br>Printed name<br>Dray, Dyekman, Reed & Healey, P.C.<br>Firm name<br>204           East 22nd Street<br>Number         Street<br>Cheyenne                WY       82001<br>City                    State    ZIP Code<br><br>307.634.8891                   greg.dyekman@draylaw.com<br>Contact phone                  Email address<br><br>                    Wyoming<br>Bar number             State |


American LegalNet, Inc.
www.FormsWorkFlow.com

# Attachment A - Others Entitled to Notice

**(i)** **All persons or bodies authorized to administer foreign proceedings of the debtor:**

> Court of Queen's Bench of Alberta, Judicial Centre of Calgary
> Calgary Courts Centre
> 601-5 Street SW, Suite 705-N
> Calgary, Alberta T2P 5P7 Canada
>
> The Fuller Landau Group Inc., in its capacity as the Debtors' appointed receiver and duly authorized foreign representative
> 151 Bloor Street West
> 12th Floor
> Toronto, Ontario M5S 1S4 Canada

**(ii)** **All parties to litigation pending in the US in which the debtor is a party at the time of filing of this petition:**

> South Oil Inc.
> 5858 Westheimer Road
> Suite 688
> Houston, Texas 77057

**(iii)** **All entities against whom provisional relief is being sought under section 1519 of the Bankruptcy Code:**

> None[1]

85638355

---

[1] The Petitioner hereby reserves its right to later seek provisional and/or other interim relief on notice to the affected parties and/or *ex parte*, as the Petitioner deems necessary and appropriate under the circumstances.