**DRAY, DYEKMAN, REED, & HEALEY, P.C.**
Gregory C. Dyekman
Timothy L. Woznick
204 East 22nd Street
Cheyenne, Wyoming 82001
(307) 634-8891

-and-

**DENTONS US LLP**
D. Farrington Yates
Oscar N. Pinkas
James A. Copeland
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

*Counsel for the Petitioner*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re<br><br>STRATA ENERGY SERVICES INC.,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 15-20821 |
| In re<br><br>STRATA SERVICES INTERNATIONAL INC.,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 15-20822<br><br>Recognition and Joint Administration Requests Pending |

**NOTICE OF FILING AND HEARING ON
VERIFIED PETITIONS FOR RECOGNITION OF
CANADIAN PROCEEDING UNDER CHAPTER 15 AND
MOTION FOR ORDER GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 14, 2015, The Fuller Landau Group Inc., in its capacity as the appointed receiver and duly authorized foreign representative (in such capacity, the "Petitioner") of Strata Energy Services Inc. ("Strata Energy") and Strata Services International Inc. ("Strata International" and together with Strata Energy, "Strata" or the "Debtors") for the purposes of the Canadian Proceeding (defined herein) and these chapter 15 cases, filed the *Verified Petition for Recognition of Canadian Proceeding Under Chapter 15 and Motion for Order Granting Related Relief* (collectively, the "Verified Petition") with the United Stated Bankruptcy Court for the District of Wyoming (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Verified Petition seeks, among other things, the entry of an order (i) recognizing Strata's receivership proceeding pending in the Court of Queen's Bench of Alberta, Judicial Centre of Calgary (the "Canadian Court"), File No. 1501-12233 (the "Canadian Proceeding") as a foreign main proceeding, or in the alternative, as a foreign nonmain proceeding, (ii) recognizing the Petitioner as the foreign representative of Strata and (iii) granting related relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Verified Petition at 10:00 a.m. (Mountain Standard Time) on January 19, 2016 (the "Recognition Hearing") in the United States Bankruptcy Court for the District of Wyoming, 2120 Capitol Avenue, Eighth Floor, Cheyenne, Wyoming 82001.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that copies of the Verified Petition and all accompanying documentation are available to parties in interest through the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.wyb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by e-mail) addressed to:

> Dentons US LLP
> 1221 Avenue of the Americas
> New York, New York  10020
> Tel:  (212) 768-6700
> Attn:   Oscar N. Pinkas (oscar.pinkas@dentons.com)
>              James A. Copeland (james.copeland@dentons.com)

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Verified Petition, or the relief requested therein, must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the District of Wyoming, setting forth in writing the basis thereof. Any such response or objection must be filed with the Bankruptcy Court no later than 11:59 p.m. (Mountain Standard Time) on January 8, 2016 (the "Objection Deadline").  Additionally, any response or objection must be served on the Petitioner at Dentons US LLP (Attention:  Oscar N. Pinkas), 1221 Avenue of the Americas, New York, New York 10020 so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposing the Verified Petition, or the relief requested therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served, the Court may grant the relief requested in the Verified Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Bankruptcy Court, of the adjourned date or dates at the Recognition Hearing or any other further adjourned hearing.

[*remainder of page intentionally left blank*]

Dated: December 15, 2015
    Cheyenne, Wyoming

Respectfully submitted,

**DRAY, DYEKMAN, REED, & HEALEY, P.C.**

    */s/ Gregory C. Dyekman*
Gregory C. Dyekman
Timothy L. Woznick
204 East 22nd Street
Cheyenne, Wyoming 82001
Tel: (307) 634-8891
Fax: (307) 634-8902
Email: greg.dyekman@draylaw.com
      tim.woznick@draylaw.com

-and -

**DENTONS US LLP**
D. Farrington Yates
Oscar N. Pinkas (pro hac vice pending)
James A. Copeland
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: farrington.yates@dentons.com
      oscar.pinkas@dentons.com
      james.copeland@dentons.com

*Counsel for the Petitioner*